

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Marquesha Williams v. 16303 Imperial LLC

Appellate case number:   01-19-00914-CV

Trial court case number: 1143136

Trial court:             County Civil Court at Law No. 1 of Harris County

On December 10, 2019, this Court granted appellant's motion to stay and requested a response from appellee. Appellee filed a response on December 19, 2019.

After consideration of the response, the Court **withdraws** the grant of appellant's motion and **withdraws** the order staying the eviction. The motion to stay is **denied**.

It is so ORDERED.


Judge's signature: /s/ Justice Richard Hightower
                   ✗ Acting individually     ☐ Acting for the Court


Date: January 3, 2020